840 N.E.2d 1232 (2006)
217 Ill.2d 600
298 Ill.Dec. 797
Jessica HALL, Indv., etc., respondent,
v.
SPRINT SPECTRUM L.P., etc., et al., petitioners.
No. 101464.
Supreme Court of Illinois.
January 25, 2006.
In the exercise of this Court's supervisory authority, the Appellate Court, Fifth District, is directed to vacate its judgment in Hall v. Sprint Spectrum L.P., case No. 5-05-0354 (09/14/05), and grant leave to appeal in light of Avery v. State Farm Mutual Automobile Insurance Co., 216 Ill.2d 100, 296 Ill.Dec. 448, 835 N.E.2d 801 (2005).